

August 18, 2016

# Certificate of Employment

This is to certify that **Mr. MD Ataur Rahman** has been employed by
Hongkong Ent. (Ovs.) Inv. Ltd. dba Tinian Dynasty Hotel and Casino
located on the Island of Tinian
Commonwealth of the Northern Marianas Island on the following position(s):

*Security Shift Manager*

*For the following period: February 15, 2015 to Present*

*Security Supervisor*
*For the Following period: September 16, 2013 to February 14, 2015*

*Sr. Security Officer*
*For the Following period: January 22, 2012 to September 15, 2013*

*Security Officer*
*For the following period: January 08, 1998 to January 21, 2012*

*He is earning US$9.19 per hour*

*CW petition filed 11/25/2013; denied on 12/08/2014; Appeal filed 01/09/2015; currently waiting for a decision to be rendered.*

The above certification is made at the request of the employee for whatever purpose it may serve.



Raymond Chan

HKEOIL Representative

One Broadway, P.O. Box 468, Tinian MP 96952, U.S.A.
Telephone (1-670) 328 2233      Facsimile (1-670) 328 1133

INFORMATION AND EMERGENCY CONTACT

**Name:** MD ATAUR RAHMAN
**Father's Name:** MOHAMMED ALI
**Mother's Name:** HAMIDA BEGUM
**Spouse's Name:** ROKEYA BEGUM
**Permanent Address:** KENDUA, KANCHAN, RUPGANJ, NARAYANGANJ
**Emergency Contact:**
**Name:** SHAMIMA MAHMED
**Relationship:** SISTER
**Address:** KENDUA, KANCHAN, RUPGANJ, NARAYANGANJ
**Telephone No:** 01715480005

পাসপোর্ট নম্বর / PASSPORT No. BR 0228217

Mohammad Asphakul Numan
First Secretary (Passport & Visa)
Bangladesh Embassy
Washington, DC



গণপ্রজাতন্ত্রী বাংলাদেশ  People's Republic of Bangladesh

পাসপোর্ট / PASSPORT

| ধরণ / Type | দেশ কোড / Country Code | পাসপোর্ট নং / Passport No. |
|---|---|---|
| P | BGD | BR0228217 |

বংশগত নাম / Surname
**RAHMAN**
প্রদত্ত নাম / Given Name
**MD ATAUR**
জাতীয়তা / Nationality
**BANGLADESHI**
জন্ম তারিখ / Date of Birth

লিঙ্গ / Sex    জন্ম স্থান / Place of Birth
**M        NARAYANGANJ**
প্রদানের তারিখ / Date of Issue
**17 DEC 2017**
মেয়াদ উত্তীর্ণের তারিখ / Date of Expiry
**16 DEC 2022**

ব্যক্তিগত নং / Personal No.
**19706723305007245**
পূর্ববর্তী পাসপোর্ট নং / Previous Passport No.
**E0093805**

প্রদানকারী কর্তৃপক্ষ / Issuing Authority
**DIP / DHAKA**
স্বাক্ষর / Holder's Signature

```
P<BGDRAHMAN<<MD<ATAUR<<<<<<<<<<<<<<<<<<<<<<<<
BR0228217 0BGD           9M2212164<<<<<<<<<<<<<<<08
```

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797A, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-12-039-50309 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE November 29, 2011 | PRIORITY DATE | PETITIONER HONGKONG ENTERTAINMENT OVS INV LTD |
| NOTICE DATE February 5, 2013 | PAGE 1 of 2 | BENEFICIARY A200 755 195 RAHMAN, MD A. |

HONGKONG ENTERTAINMENT OVS INV LTD
C/O TINIAN DYNASTY HOTEL AND CASINO
P O BOX 468
TINIAN MP 96952

Notice Type: Approval Notice
Class: CW1
Valid from 01/30/2013 to 01/29/2014
Consulate:

The petition for the above named foreign worker has been approved. The above named foreign worker has been admitted to the United States in the classification indicated above. The foreign worker can work for the petitioner but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the approval of this petition, separate employment or training authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her passport. The left portion should be given to the U.S. Customs and Border Patrol when he or she leaves the United States. The left part is for his or her records. A person who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for a new visa. If a visa is not required, he or she should present it along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre flight inspection station.

STATUS PROVIDED BY THIS APPROVAL IS VALID IN THE CNMI ONLY AND DOES NOT AUTHORIZE TRAVEL TO ANY OTHER PART OF THE UNITED STATES.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL    CA    92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 10/31/05)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records.

Receipt#   WAC-12-039-50309
I-94#   257684020 25
NAME RAHMAN, MD A.
CLASS CW1

VALID FROM 01/30/2013 UNTIL 01/29/2014

PETITIONER: HONGKONG ENTERTAINMENT OVS INV
P O BOX 468
TINIAN MP 96952

**257684020 25**

Receipt Number WAC-12-039-50309
United States Citizenship and Immigration Services

I-94
Departure Record

Petitioner: HONGKONG E

14. Family Name.
RAHMAN

15. First (Given) Name.
MD

16. Date of Birth

17. Country of Citizenship.
BANGLADESH

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| RECEIPT NUMBER | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORK |
|---|---|
| WAC-14-038-50554 | |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| November 25, 2013 | | HONG KONG ENTERTAINMENT OVS INV LT |

| NOTICE DATE | PAGE | |
|---|---|---|
| November 25, 2013 | 1 of 2 | |

| HONG KONG ENTERTAINMENT OVS INV LT<br>C/O TINIAN DYNASTY HOTEL & CASINO<br>P O BOX 468<br>TINIAN MP 96952 | Notice Type: Receipt Notice<br>Amount received: $325.00 U.S.<br>Class requested: CW1 |
|---|---|

**Receipt Notice-** This notice confirms that USCIS received your application or petition ("this case") as shown above. If any of the above information is incorrect, please immediately call 800-375-5283 to let us know. This will help avoid future problems.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

**Processing time -** Processing times vary by case type. You can check our website at www.uscis.gov for our current "processing times" for this case type at the particular office to which this case is or becomes assigned. On our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition -** Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process I-130 forms until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes I-130 forms in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics-** In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card. If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes-** If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website. Otherwise, you might not receive notice of our action on this case.

Number of workers: 2
Name
[illegible], RAJ [illegible]
RAHMAN, MD ATAUR



NOTICE: Pursuant to the terms of the United States Immigration & Nationality Act (INA), the information provided on and in support of applications and petitions is submitted under penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after adjudication to ensure conformity with applicable

---

**Please see the additional information on the back. You will be notified separately about any other cases you filed.**

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL   CA   92607-0111
Customer Service Telephone: (800) 375-5283



**Please see the back of this notice for important information.**

Form I-797C 01/02/12 Y



**Human Resources**

# MEMORANDUM

**DATE:**       February 12, 2016

**TO:**         ALL EMPLOYEES OF TDHC

**FROM:**       HUMAN RESOURCES DEPARTMENT

**SUBJECT:**    DECISION ON CW1 APPEAL

This is to inform all employees that Administrative Appeals Office (AAO) issued their decision on the Appeals of Tinian Dynasty's CW1 petitions. The Appeals were Dismissed. The Notices were received February 9, 2016 but were dated February 1, 2016.

The Company is looking into different options:

First, the Company may file a Motion to Reconsider USCIS decision and must file the motion within 33 days of the date of the decision.

Second, the Company will bring the issue to the 9th Circuit Court.

These options are currently being reviewed by the lawyers. As soon as the lawyers issue their recommendation, the information will be disseminated to all the staff.



Sterling S. Lundgren
HR Consultant

/aib

One Broadway, P.O. Box 468, Tinian, MP 96952, USA    Telephone: (670) 328-2233    Fax: (670) 328-1105

*Mega Stars*

Mega Stars Overseas Limited
32/F Fortis Centre, 77-79 Gloucester Road, Wanchai, Hong Kong
Phone: 852-2110 1440   Fax: 852-2111 1633

January 12, 2015

To:   All TDHC staffs

Dear Colleagues,

In these days I understand that everyone is concerned about the CW issue.   It is a fact that it is so bothering because it threatens your legitimate working status in CNMI. Though that the employees filed a lawsuit in court to challenge USCIS's decision for denying everyone's CW status, and the company also filed the appeals within the dead line of 30 days from the denial letter date in Phoenix.   These are the 2 things the company can do to protect both the company and all the employees within our allowed limitation.   It is too early to see the results can turn our situation any better at this moment.

However, I am still optimistic.   I am optimistic not because I lack knowledge to assess the risk of the current situation or just simply ignore it.   I am optimistic because I can see the people in CNMI are supporting us, and they want us to go on with our business. With an immediately passed joint resolution from the House of Representatives and The Senate 2 days before Christmas to request the USCIS to reconsider the denial of our CW petitions, we can see that we are not alone in this challenge and believe that USCIS would not ignore the domino effect caused by the shutdown of Tinian Dynasty.   Though I understand that Tinian Dynasty has a record of delaying staff's salary in the past and that is also one of the reasons by USCIS in the denial of our CW petitions.   But that is no longer the case since I took over the management of Tinian Dynasty and you all know that is true.

Another reason for the denial of your CW petition was the criminal case charged against Tinian Dynasty.   According to our attorney that it is not appropriate for USCIS to deny our CW petitions at this point because the case has not gone to trial and there has not yet been any jury decision that the company is guilty or not guilty.   The case should be finalized within the next two or three months as it set for trial on February 9, 2015.

And today, what matter the most is, I will not give up!   Currently I am asking my managers to concentrate in preparation of the upcoming events such as Baccarat Tournament and Poker Tournament.   And we have to be ready for a very busy Chinese New Year.   To do this we have to put our fears aside. In fact if you understand the truth, you will

*Mega Stars*

Mega Stars Overseas Limited
32/F Fortis Centre, 77-79 Gloucester Road, Wanchai, Hong Kong
Phone : 852-2110 1440  Fax : 852 2111 1633

not be afraid to report for duty as usual.   At this point you should also know that in the United States, courts recognize that the immigration laws do not provide for criminal punishment for non-United States citizens who are determined not to have the authorization to work.   In the case of Arizona V. Unites States, 132 S. Ct. 2492, 2504, 183 L. ED. 2d 351 (2012) the United States Supreme Court said that "Congress made a deliberate choice not to impose criminal penalties on aliens who seek, or engage in, unauthorized employment."   Instead, any criminal punishment for such a circumstance is imposed upon the employer.   Remember I am the Chairman of the corporation to hire you and let you work under this situation, and I may suffer with tremendous fines and possible prison penalty.   But I am still willing to continue working here and pursue all legal means to prevent the injustice USCIS is trying to inflict on you, Tinian and the company continue to support me and the company in this effort.

Sincerely yours,


Wai Chan

Chairman





---

HUMAN RESOURCES DEPT.

**MEMORANDUM**                                              Monday, January 19, 2015

To          :        Employees - HKE dba Tinian Dynasty Hotel & Casino

From        :        HR Department

Subject     :        CW Issue

These past several weeks have been most challenging to all of us and we understand your concerns over the CW issues.  As you were informed, we are making concerted efforts in addressing those concerns.

Our legal counsel has reviewed the law that applies to us and has determined that "the USCIS denial orders are not final and do not become final until, at least, USCIS rules on the administrative appeals. Given this analysis, employees **reporting to work is not unlawful.** Employees who disagree with this analysis and choose not to report to work will be viewed as having resigned their position.  By resigning, the person ceases being a renewal employee, transfer employee or new hire and becomes a former employee.

**"The CW regulations do not permit an employer to maintain any filing with USCIS for a former employee. The CW regulations allow an employer to maintain a filing with USCIS only for renewal employees, transfer employees, or new hires. This means current employees who resign and subsequently become former employees should be removed from the I- 129CW petitions subject to the administrative appeals filed with USCIS."**

Commencing 6:00 p.m. Wednesday, January 21, 2015, employees who do not report to work will be viewed as having resigned their employment unless the employee has a valid medical reason for not reporting to work or has obtained a prior written approval for missing work from his or supervisor. Tinian Dynasty will then proceed to process a separation action based on the resignation.

The company will respect any resignation decision made by an employee. For those who decide not to report to work, the company extends a sincere appreciation for your past contribution to the company and wishes you well in your future plans.

Sincerely,

Florine M. Hofschneider

One Broadway, P.O. Box 468, Tinian, MP 96952, USA   Telephone: (670) 328-2233 Fax: (670) 328-1106

Date: August 11, 2020

To:
USCIS

From:
Manoj Harjani
A former security officer of Tinian Dynasty Hotel & Casino (TDHC)

Subject: Eviction from the housing (MD Ataur Rahman, (Alien#200 755 195)

Dear Sir/ Madam,
I am MANOJ HARJANI, a former Sr. security officer in TDHC. I have known Mr. Rahman for more than 21 years and he was my shift manager. I opened the EMERALD building gate padlock and escorted him to get his belongings out of the housing as per instructions of my manager Mr. Frederic Delacruz. I am also aware of his situation that TDHC did not pay his wages.

I certify under penalty of perjury that the forgoing information is true and correct.

If you need to contact me, I can be reached at 670-433-1516

Sincerely yours,

Manoj Harjani
PO 520728
Tinian, MP 96952

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC
BY _____ THIS ___ DAY OF _____
20_____, AT TINIAN, CNMI.

NOTARY PUBLIC
EDGAR C. TIRONA
NOTARY PUBLIC
Commonwealth of the Northern
Mariana Islands
My Commission expires: 7-26-21
P.O. Box 520104
Tinian, MP 96952